Aubrey F. Hammond, Jr., VSB# 28256
16 North 8th Street, First Floor
Richmond, VA 23219
(804)644-2546
Counsel for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:    ANNA MICHELLE HAMILTON,
　　　　　　Debtor(s)　　　　　　　　　Case No. 13-36675-KLP
　　　　　　　　　　　　　　　　　　　　Chapter 7

ORDER OF SUBSTITUTION OF COUNSEL

THIS MATTER having come before the Court upon the Debtor's Motion to Substitute Counsel in her bankruptcy case, and there being no objection thereto, it is hereby,

ORDERED that the record substitute Aubrey F. Hammond, Jr., Esquire, as new counsel for Debtor, in place of Robert B. Duke, Jr., Esquire as attorney for Debtor.

ENTER: Mar 17 2015

Entered on Docket:Mar 19 2015

/s/ Keith L. Phillips
U. S. BANKRUPTCY COURT JUDGE

I Ask For This:

/s/ Aubrey F. Hammond, Jr.
Aubrey F. Hammond, Jr. (VSB # 28256
16 North 8th Street, First Floor
Richmond, VA 23219
Tel: 804-644-2546
email: aubreyhammond@netscape.net


Seen and Agreed:

/s/ Anna Michelle Hamilton
Anna Michelle Hamilton


/s/ Robert B. Duke, Jr., Esq.
Robert B. Duke, Jr., Esquire

2312 Boulevard
Colonial Heights, VA  23834
Tel: (804) 318-3806
email: rdukelaw@gmail.com

## CERTIFICATE OF ENDORSEMENT

I hereby certify that this Order has been endorsed by all necessary parties.

<u>/s/Aubrey F. Hammond, Jr.</u>
Aubrey F. Hammond, Jr.

Please send a copy of this order to those on the attached list:

Robert B. Duke, Jr., Esquire
2312 Boulevard
Colonial Heights, VA  23834

Suzanne E. Wade
Chapter 13 Trustee
P.O. Box 1780
Richmond, VA  23218