**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
    Richmond    Division**

| | |
|---|---|
| In re: Anna Michelle Hamilton ) | |
| ) | |
| ) | Case No.   13-36675-KLP   |
| ) | |
| ) | |
| 5207 Timbercreek Drive ) | Chapter      7    |
| Richmond, VA 23237 ) | |
| ) | |
| ) | |
| ) | |
| Last four digits of Social Security No(s).: 4378 ) | |
| ) | |
| ) | |

# NOTICE OF MOTION (OR OBJECTION)

Debtor, by counsel, has filed papers with the court to Vacate Order.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then on or before May 15, 2015, you or your attorney must:

☐     File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 701 East Broad Street Suite 4000
> Richmond, VA 23219

You must also mail a copy to:

> The Debt Law Group, PLLC
> 1928 Arlington Blvd, Ste 112
> Charlottesville, VA 22903

**X** Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☐ Attend the hearing on the motion (or objection) scheduled to be held on _____ at _____ at the United States Bankruptcy Court, _____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: 5/1/2015

Signature, name, address, and telephone number of person giving notice:
/s/ Richard J. Oulton
Robert B. Duke, Jr., Esq.
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Virginia State Bar No. 29640

Counsel for  Debtor

Certificate of Service

I hereby certify that I have this 1st day of May , 2015, mailed or hand-delivered a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton.
Richard J. Oulton, Esq.

# Creditors

Afni, Inc.
Attn: Bankruptcy
Po Box 3097
Bloomington, IL 61702

ALG
C&f Finance Company
1313 E Main Street
Richmond, VA 23219

Calvary Portfolio Services
Attention: Bankruptcy Dept
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Capio Partners Llc
2222 Texoma Pkwy Ste 150
Sherman, TX 75090

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130

Chase
Po Box 15298
Wilmington, DE 19850

Check City
2729 West Broad Street
Richmond, VA 23220

Chesterfield Community Service
PO Box 92
Chesterfield, VA 23832

CJW Medical Center
PO Box 99587
Louisville, KY 40269

Credit Management LP
Attention: Bankruptcy Dept
Po Box 118288

Carrollton, TX 75011

Eastern Account System INC.
Attn: Bankruptcy Dept.
Po Box 837
Newtown, CT 06470

Focus Recovery Solutions
Attn: Bankruptcy
9701 Metropolitan Court Ste B
Richmond, VA 23236

Glasser & Glasser
Po Box 3400
Norfolk, VA 23514

Godwin-Jones & Price
20 S Auburn Ave
Richmond, VA 23221

IRS
Po Box 7346
Philadelphia, PA 19101

Mallard Cove Apartments
4123 Mallard Landing Cir
Midlothian, VA 23112

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123

NCO
507 Prudential Road
Horsham, PA 19044

NCO Financial System
Po Box 15273
Wilmington, DE 19850

Radiology Assoc of Richmond
PO Box 13343
Richmond, VA 23225

Receivable Management
Pob 17305

Richmond, VA 23226

Verizon Bankruptcy Dept
PO Box 3037
Bloomington, IL 61702

Virginia Dept of Taxation
PO Box 2156
Richmond, VA 23218

Virginia South Psychiatric
269 Medical Park Blvd
Petersburg, VA 23805

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## Richmond Division

**IN RE:**

| Anna Michelle Hamilton | 13-36675-KLP |
| --- | --- |
| | Chapter 7 |
| Debtor(s) | |

## MOTION TO VACATE ORDER TO SUBSTITUTE COUNSEL

To the Honorable Court:

Richard J. Oulton moves this Court as follows:

1. On April 28, 2015, Richard J. Oulton, Esq. erroneously filed a Motion to Substitute Counsel substituting himself for Robert B. Duke Jr., Esq. as counsel of record.

2. On April 30, 2015, the Court entered an Order approving the Motion.

3. Richard J. Oulton was no longer Counsel of Record in this case as the Court had already approved an Order substituting Aubrey F. Hammond as counsel of record on March 19, 2015.

WHEREFORE, Richard J. Oulton respectfully moves the Court to Vacate its Order Substituting Counsel entered on April 30, 2015.

/s/ Richard J. Oulton
Richard J. Oulton, Esq.
VSB# 29640
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
Phone: (804) 520-2428
Fax: (804) 518-5121